IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRANDON CRAIG WOOD,　　　　　　　　　*

　　　　　Plaintiff,　　　　　　　　　　　*

v.　　　　　　　　　　　　　　　　　Case No.　5:20-CV-00124-MTT
　　　　　　　　　　　　　　　　　　　*
ERIC SELLERS, et al.,
　　　　　　　　　　　　　　　　　　　*
　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　*

## **J U D G M E N T**

Pursuant to this Court's Order dated August 27, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 30th day of August, 2021.

　　　　　　　　　　　　　　　　　David W. Bunt, Clerk


　　　　　　　　　　　　　　　　　s/ Vanessa Siaca, Deputy Clerk